DANIEL F. CROWLEY, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and dismiss the complaint upon the ground that plaintiff failed to protest any salary payment made to him as required by section 93c–2.0 of the Administrative Code of the City of New York. (See *Quayle* v. *City of New York,* 278 N. Y. 19.)

ESTELLE P. MAZUR et al., Respondents, v. CITY OF NEW YORK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the overwhelming weight of the credible evidence and on the further ground that the verdict is excessive. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

In the Matter of RAYMOND A. DONOVAN, Appellant, against PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK et al., Respondents.— Order appealed from unanimously reversed and proceeding remitted to trial before an official referee, on the ground that the petition indicates that there may have been irregularities in connection with the election. Though allegations involving these claims have been denied by the respondents, the issues thus raised should have been tried. (*See Matter of Workmen's Benefit Fund* [*Michel*], 265 App. Div. 176.) Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See 275 App. Div. 708.]

TOURNEUR REALTY CORP., Appellant, v. FRANK BROTHERS FOOTWEAR, INC., et al., Respondents. TOURNEUR REALTY CORP., Appellant, v. FRANK BROTHERS FOOTWEAR, INC., et al., Respondents, and TOURNEUR BEAUTY PRODUCTS, INC., et al., Impleaded Defendants-Appellants.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.; Callahan and Shientag, JJ., dissent in part and vote to dismiss the first counterclaim upon the ground of insufficiency in law.

1501 UNDERCLIFF AVENUE CORPORATION et al., Appellants, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Glennon and Shientag, JJ., dissent and vote to reverse and deny the motion to dismiss the complaint. [193 Misc. 43.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAMPORTZOON CHOOLOKIAN, Appellant, against MISSION OF THE IMMACULATE VIRGIN et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAMPORTZOON CHOOLOKIAN, Appellant, against NEW YORK FOUNDLING HOSPITAL et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [192 Misc. 454.] [See 275 App. Div. 667.]

PHILIP BROWN et al., Respondents, v. BENDIX AVIATION CORPORATION, Appellant.— Orders, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See 275 App. Div. 697.]

JORGE A. SENOSIAIN, Respondent, v. ANDES TRADING COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.